# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ANDREW FITZGERALD,**

    **Plaintiff,**

  v.                                      Case No. 2:25-cv-913
                                                Judge Edmund A. Sargus, Jr.
**NEW ALBANY-PLAIN LOCAL**        Magistrate Judge Kimberly A. Jolson
**SCHOOLS,** *et al.***,**

    **Defendants.**

## ORDER

On August 14, 2025, the Court held a Local Rule 65.1 telephone status conference to discuss Plaintiff Andrew Fitzgerald's Motion for a Temporary Restraining Order. (ECF No. 2.) The Court orally denied the Motion with reasoning on the record at the conference. A written opinion and order will follow.

    **IT IS SO ORDERED.**

**8/14/2025**                                            **s/Edmund A. Sargus, Jr.**
**DATE**                                                **EDMUND A. SARGUS, JR.**
                                                          **UNITED STATES DISTRICT JUDGE**