# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ANDREW FITZGERALD,**

    **Plaintiff,**

  v.	                              **Case No. 2:25-cv-913**
                                            **Judge Edmund A. Sargus, Jr.**

**NEW ALBANY-PLAIN LOCAL**      **Magistrate Judge Kimberly A. Jolson**
**SCHOOLS,** *et al.*,

    **Defendants.**

## ORDER

This matter is before the Court on the Court's September 18, 2025 Show Cause Order. (ECF No. 7.) As noted in that Order, the Court previously ordered the Parties to confer and file notice with the Court by August 29, 2025, regarding whether any matters remained for resolution in this case. (*See id.*) When no such notice was filed, the Court ordered Plaintiff to show cause within 7 days as to why the Court should not dismiss the case for failure to prosecute and warned Plaintiff that failure to respond would result in the Court closing the case and denying Plaintiff's request for relief. (*Id.*)

Plaintiff did not file any notice in response to the Court's Show Cause Order. Accordingly, the Court **DISMISSES** Plaintiff's claims under Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Court **DENIES** Plaintiff's Motion for Preliminary Injunction. (ECF No. 2.) The Clerk is **DIRECTED** to enter judgment and close this case on the Court's docket.

    **IT IS SO ORDERED.**

**10/6/2025**                                                  **s/Edmund A. Sargus, Jr.**
**DATE**                                                          **EDMUND A. SARGUS, JR.**
                                                                       **UNITED STATES DISTRICT JUDGE**